IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00726-WYD-KLM

ARTISAN AND TRUCKERS CASUALTY COMPANY,

    Plaintiff,

v.

AIFA TRUCKING, LLC,
SILVA TRUCKING, INC.,
LUIS AVILA,
MARIO CONTERAS, as parent and next friend of Valeria Conteras-Holguin (a Deceased Minor),
ANA HOLGUIN, as parent and next friend of Valeria Conteras-Holguin (a Deceased Minor),
MARTIN ROJAS, an individual and as parent and next friend of Ximena Rojas (a Minor) and Angela Rojas (a Minor),
MARIA DE LOURDES MACIAS, an individual,
NORMA HOLGUIN, an individual and as parent and next friend of Enrique Olivas (a Minor),
RICKY HUFF,
DONALD HUFF, and
GEORGE DREITH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Extension of Time to File Revised Proposed Scheduling Order** [#39] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. The revised proposed scheduling order shall be filed **no later than September 10, 2015**.

    Dated:  September 10, 2015