IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-726-WYD-KLM
15-cv-726-WYD-KLM

ARTISAN AND TRUCKERS CASUALTY COMPANY,

v.

AIFA TRUCKING, LLC, SILVA TRUCKING, INC., LUIS AVILA, MARIO CONTERAS and ANA HOLGUIN AS PARENTS AND NEXT FRIENDS OF VALERIA CONTERAS-HOLGUIN (DECEASED MINOR), MARTIN ROJAS, an individual, and AS PARENT AND NEXT FRIEND OF XIMENA ROJAS (MINOR) and ANGELA ROJAS (MINOR), MARIA DE LOURDES MACIAS, an individual,, NORMA HOLGUIN, an individual, and AS PARENT AND NEXT FRIEND OF ENRIQUE OLIVAS (MINOR), RICKY HUFF, DONALD HUFF, and GEORGE DREITH

## STIPULATED ORDER
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

*Kevin G. Ripplinger. Esq.*                          *Natalie Brown, Esq.*

Kevin G. Ripplinger, Esq.                            Natalie Brown, Esq.
FRANK PATTERSON & ASSOCIATES, P.C.                   FRANKLIN D. AZAR & ASSOCS.
5613 DTC Parkway, Suite 400                          14426 E. Evans Ave.
Greenwood Village, CO 80211                          Aurora, CO 80014
(303) 741-4539                                       (303) 757-3300
*Attorney for Plaintiff*                             *Attorney for Dfs Conteras, Holguin,*
                                                     *Rojas and Macias*

*Anthony Melonakis, Esq.*

———————————————
Anthony Melonakis, Esq.
THE LAW FIRM OF ANTHONY MELONAKIS
3010 East 6th Avenue
Denver, CO 80206
(303) 730-0210
*Attorney for Dfs Conteras, Holguin,
Rojas, and Macias*

*Thomas L. Roberts, Esq.*

———————————————
Thomas L. Roberts, Esq.
T.L. ROBERTS, ATTORNEY AT LAW
1001 S. Monaco Prky, Suite 360
Denver, CO 80224
(720) 639-2870
*Attorney for Dfs Conteras, Holguin,
Rojas and Macias*

*Timothy F. Marion, Esq.*

———————————————
Timothy F. Marion, Esq.
DEISCH, MARION & KLAUS, P.C.
851 Clarkson Street
Denver, CO 80218
(303) 837-1122
*Attorney for AIFA Trucking, LLC and
Silva Trucking, Inc.*

*Jeffrey B. Klaus, Esq.*

———————————————
Jeffrey B. Klaus, Esq.
DEISCH, MARION & KLAUS, P.C.
851 Clarkson Street
Denver, CO 80218
(303) 837-1122
*Attorney for AIFA Trucking, LLC and
Silva Trucking, Inc.*

**SO ORDERED**

Dated: September 24, 2015

———————————————
Honorable Kristen L. Mix
United States Magistrate Judge